**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-60474-LEIBOWITZ/AUGUSTIN-BIRCH**

**MIGUEL ANGEL LEON,** *et al.*,

    *Plaintiffs*,

v.

**GRASS ROOTS COMPLETE LLC,** *et al.,*

    *Defendants.*
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Joint Motion to Approve FLSA Settlement and Dismiss Action with Prejudice [ECF No. 119], filed on October 3, 2025, in which United States Magistrate Judge Panayotta Augustin-Birch recommends GRANTING the parties Joint Motion for Settlement [ECF No. 113] (the "Motion") and APPROVING the parties' settlement agreement.  The undersigned previously referred the parties' Motion to Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules.  [ECF No. 114].  Since the Report and Recommendation was filed on October 3, 2025, no objections were filed during the 14-day objection period.

Thus, having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby **ORDERED AND ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendation **[ECF No. 119]** is **AFFIRMED** and **ADOPTED**.

2. The parties' Joint Motion for Settlement [**ECF No. 113**] is **GRANTED**.

3. The parties' settlement agreement **[ECF No. 113-1]** is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. Any pending motions are **DENIED AS MOOT**.

6. The Court retains jurisdiction for the sole purpose of enforcing the parties' settlement agreement.

7. The **Clerk of Court** is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in the Southern District of Florida on October 22, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record